UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATAL AKHIEIADOV,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE; et al.,<br><br>                                    Respondents. | Case No.: 26-cv-03200-JES-MMP<br><br>**ORDER DISMISSING PETITION AS DUPLICATIVE AND CLOSING CASE**<br><br>**[ECF No. 1]** |

Petitioner Batal Akhieiadov's ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Upon review, the Court notes that Petitioner filed a prior Section 2241 Petition in case No. 3:26-cv-02084-JES-BJW.

In the prior petition, the Court found Petitioner was entitled to a bond hearing under 8 U.S.C. § 1226(a). *See Akhieiadov v. Larose*, No. 3:26-cv-02084-JES-BJW, ECF No. 7. The Government complied with the Court's order and provided Petitioner with an individualized bond hearing. *Id.*, ECF No. 9. At the hearing, the immigration judge denied Petitioner bond. *Id.* Petitioner reserved appeal and has until June 10, 2026, to appeal the bond denial. *Id.*

Petitioner filed this second habeas case, again seeking to challenge his immigration custody. ECF No. 1. A habeas petition is subject to summary dismissal when it is repetitive

or duplicative. *See, e.g.*, *Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). The Petition here provides no new information or grounds for relief that were not raised in the prior Petition. Therefore, the Court **DISMISSES WITHOUT PREJUDICE** the Petition. ECF No. 1.

The Clerk of Court shall enter a judgment dismissing this action without prejudice and shall close the case file.

**IT IS SO ORDERED.**

Dated: June 2, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-03200-JES-MMP